COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-05-409-CV

 

PATRICK
D. VINSON                                                            APPELLANT

 

                                                   V.

 

PROGRESSIVE
CHILD CARE SYSTEMS, INC.,                            APPELLEES

KARRY L. DUNN AND HEATHER
DUNN

 

                                               ----------

             FROM
THE 211TH DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AFirst
Amended Withdrawal Of Notice Of Appeal. A  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for
which let execution issue.

PER CURIAM

PANEL D: HOLMAN, GARDNER,
and WALKER, JJ.

 

DELIVERED: January 5,
2006











[1]See Tex. R. App. P. 47.4.